■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAIMUNDO NUNEZ, Appellant. [604 NYS2d 745] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered April 3, 1991.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.